UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11562-GAO

PHILIP C. LIDDELL and JENNIFER L. LIDDELL,
Plaintiffs,

v.

SUNTRUST MORTGAGE, INC.,
Defendant.

ORDER
February 22, 2013

O'TOOLE, D.J.

After hearing and review of the parties' submissions, I conclude that there are genuine issues of material fact that must be resolved by a fact-finder after trial. Accordingly, the defendant's Motion for Summary Judgment (dkt. no. 55) is DENIED.

It is SO ORDERED.

                                                  /s/ George A. O'Toole, Jr.
                                                  United States District Judge